IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART WOODARD                                                                                          PLAINTIFF

v.                                    Case No. 6:23-cv-06098

WELLPATH, LLC,
THOMAS DANIEL, M.D.,
CRYSTAL McCOY, MS. HARRIS,
and NANETTE VOWELL                                                                           DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that Plaintiff's Motion to Remand to Circuit Court (ECF No. 7) be granted because the Court lacks subject-matter jurisdiction for Plaintiff's claims against Defendants.

    Defendants have not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Fords's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff's Motion to Remand to Circuit Court (ECF No. 7) is hereby **GRANTED**.

    **IT IS SO ORDERED**, this 24th day of January, 2024.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge